# EXHIBIT D

**EXHIBIT D**

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,594,999**

| Claim 1 | Microsoft's Accused Products[1] |
|---|---|
| [1.pre] A method for processing text input from a user using an interactive text entry interface, the method comprising: | ***To the extent the preamble is limiting, Microsoft's Accused Products perform a method for processing text input from a user using an interactive text entry interface. See, e.g.:*** <br><br> Visual Studio provides an "integrated development environment (IDE)" that "you can use to write, edit…code," and includes "code completion tools": <br><br> **What is Visual Studio?** <br> Visual Studio is a powerful developer tool that you can use to complete the entire development cycle in one place. It's a comprehensive integrated development environment (IDE) that you can use to write, edit, debug, and build code, and then deploy your app. Visual Studio includes compilers, code completion tools, source control, extensions, and many other features to enhance every stage of the software development process. <br><br> *See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio <br><br> Visual Studio provides a "code editor" that "make it easier for you to write and manage your code and text": <br><br> **Features of the code editor** <br> The Visual Studio editor provides many features that make it easier for you to write and manage your code and text. You can expand and collapse different blocks of code by using outlining. |

---

[1] References herein to "Visual Studio," including citations to Microsoft documentation for Visual Studio 2022 and 2026, as well as illustrative screenshots captured in Visual Studio 2022 and 2026, are provided as representative examples of the accused functionality in the Accused Products. Upon information and belief, the accused features are implemented in substantially the same manner across Visual Studio 2017 and later versions, including Visual Studio 2019, 2022 and 2026, as well as in the "Community", "Professional" and "Enterprise" editions of the Visual Studio products. Accordingly, Plaintiff's allegations apply to all Accused Products, including all editions of Visual Studio 2017, 2019, 2022 and 2026, and other Microsoft products and services that incorporate the same or substantially similar functionality.

You can learn more about the code by using IntelliSense, the **Object Browser**, and the Call Hierarchy. You can find code by using features such as **Go To**, **Go To Definition**, and **Find All References**. You can insert blocks of code with code snippets, and you can generate code by using features such as **Generate From Usage**. If you've never used the Visual Studio editor before, see Learn to use the code editor.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/writing-code-in-the-code-and-text-editor?view=visualstudio

Visual Studio includes "IntelliSense," a "code-completion aid" that can "keep track of the parameters that you type, and add calls to properties and methods with only a few keystrokes":

> **IntelliSense in Visual Studio**
> IntelliSense is a code-completion aid that includes features to help you learn more about the code you're using, keep track of the parameters that you type, and add calls to properties and methods with only a few keystrokes.
>
> *See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio

The "IntelliSense" information appears "[a]s you enter code in the editor":

> **Use IntelliSense**. As you enter code in the editor, IntelliSense information, such as List Members, Parameter Info, Quick Info, Signature Help, and Complete Word, appears. These features support fuzzy matching of text; for example, the results lists for List Members include not only entries that start with the characters that you have entered but also entries that contain the character combination anywhere in their names.
>
> *See* https://learn.microsoft.com/en-us/visualstudio/ide/productivity-features?view=visualstudio&pivots=programming-language-csharp.

In Visual Studio, "IntelliSense options are on by default" and "works automatically":

> IntelliSense options are on by default. To turn them off, go to **Tools** > **Options** > **Text Editor** > **All Languages** and

2

> deselect **Parameter information** or **Auto list members** if you don't want the List Members feature.
>
> …
>
> **The automatic options are turned off**: By default, IntelliSense works automatically, but you can disable it. Even if automatic statement completion is disabled, you can invoke an IntelliSense feature.
>
> *See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio

Visual Studio also "include[s] by default" "IntelliCode," which "provides AI-assisted IntelliSense for multiple languages" and can deliver "context-aware code autocompletions, including whole-line completions in gray text":

> **IntelliCode: AI-assisted code development in Visual Studio**
>
> …
>
> This article describes how Visual Studio IntelliCode enhances software development by using artificial intelligence, for instance by delivering context-aware code autocompletions, including whole-line completions in gray text. IntelliCode is included by default in most Visual Studio workloads and is available through the Visual Studio installer. This feature predicts the most likely correct method or property for the developer to use instead of just an alphabetical list. It uses the developer's current code context and patterns to provide this dynamic list.
>
> …
>
> **Context-aware code autocompletions**
>
> IntelliCode provides AI-assisted IntelliSense for multiple languages.
>
> *See* https://learn.microsoft.com/en-us/visualstudio/ide/intellicode-visual-studio?view=visualstudio

For example, the below exemplary screenshot of Visual Studio shows processing text input from a user (e.g., "MyParentClass" and "MyParentClass2") from a user using an interactive text entry interface (e.g., Visual Studio editor):

3



As another example, the below exemplary screenshot of Visual Studio shows processing text input (e.g., "first_parent_member", "second_parent_member" and "third_friend_member") from a user using an interactive text entry interface (e.g., Visual Studio editor):

| [1.a] maintaining a text storage representing words and word sequences previously accepted as sentence text input via the entry interface from the user; | ***Microsoft's Accused Products maintain a text storage representing words and word sequences previously accepted as sentence text input via the entry interface from the user. See, e.g.:*** <br><br> Visual Studio's "IntelliSense" "keep[s] track of the parameters that you type": <br><br> **IntelliSense in Visual Studio** <br> IntelliSense is a code-completion aid that includes features to help you learn more about the code you're using, keep track of |

|  | the parameters that you type, and add calls to properties and methods with only a few keystrokes.<br><br>These features include:<br>- List Members<br>- Parameter Info<br>- Quick Info<br>- Complete Word<br><br>*See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio<br><br>Visual Studio "[a]utomatically update[s] IntelliSense as you type" and "continuously parses and analyzes your code in real-time":<br><br>**Automatically update IntelliSense as you type**: When selected (default), IntelliSense continuously parses and analyzes your code in real-time as you type.…<br><br>*See* https://learn.microsoft.com/en-us/visualstudio/ide/configure-languages-c-cpp-intellisense?view=visualstudio#references<br><br>Visual Studio maintains "memory" for "an IntelliSense process":<br><br>- **Maximum total memory usage of an IntelliSense process in megabytes**: Use this setting to specify the maximum total memory usage of an IntelliSense process in megabytes.<br><br>*See* https://learn.microsoft.com/en-us/visualstudio/ide/configure-languages-c-cpp-intellisense?view=visualstudio#references<br><br>For example, the below annotated exemplary screenshot of Visual Studio shows Visual Studio maintains a text storage representing words and word sequences (*e.g.*, "MyParentClass", "MyParentClass2") previously accepted as sentence text input from the user (*see* [1.pre], *supra*), which can be accessed both via a drop-down menu and in the main text window: |
|---|---|

5



As another example, the below annotated exemplary screenshot of Visual Studio shows Visual Studio maintains a text storage representing words and word sequences (e.g., "first_parent_member", "second_parent_member" and "third_friend_member") previously accepted as sentence text input via the entry interface from the user (*see* [1.pre], *supra*), which can be accessed both via a drop-down menu and in the main text window:



| [1.b] accepting further input comprising a sequence of input lexical items accepted via the entry interface from the user, the further input representing a | *Microsoft's Accused Products accept further input comprising a sequence of input lexical items accepted via the entry interface from the user, the further input representing a desired sequence of one or more words of text input, wherein the desired sequence of one or more words corresponds to a representation as a sequence of lexical items from a predetermined set of lexical item, and the sequence of input lexical items comprises a subsequence of the lexical items of the representation of the desired sequence of one or more words. See, e.g.:* |
|---|---|

| | |
|---|---|
| desired sequence of one or more words of text input, wherein the desired sequence of one or more words corresponds to a representation as a sequence of lexical items from a predetermined set of lexical item, and the sequence of input lexical items comprises a subsequence of the lexical items of the representation of the desired sequence of one or more words; | In Visual Studio, "[a]s you enter code in the editor, IntelliSense information…appears," and includes "entries that contain the character combination anywhere in their names": <br><br> • **Use IntelliSense**. As you enter code in the editor, IntelliSense information, such as List Members, Parameter Info, Quick Info, Signature Help, and Complete Word, appears. These features support fuzzy matching of text; for example, the results lists for List Members include not only entries that start with the characters that you have entered but also entries that contain the character combination anywhere in their names. For more information, see Use IntelliSense. <br><br> *See* https://learn.microsoft.com/en-us/visualstudio/ide/productivity-features?view=visualstudio&pivots=programming-language-csharp <br><br> The Visual Studio "editor offers to complete the word for you" "[w]hen you start typing a keyword, type, function, variable name, or other program element that the compiler recognizes": <br><br> **Statement completion and member list** <br> When you start typing a keyword, type, function, variable name, or other program element that the compiler recognizes, the editor offers to complete the word for you. <br><br> *See* https://learn.microsoft.com/en-us/visualstudio/ide/visual-cpp-intellisense?view=visualstudio <br><br> Visual Studio "completes the rest of a variable, command, or function name after you enter enough characters to disambiguate the term.": <br><br> **Complete Word** <br> *Complete Word* completes the rest of a variable, command, or function name after you enter enough characters to disambiguate the term. You can invoke Complete Word by choosing **Edit** > **IntelliSense** > **Complete Word**, by pressing **Ctrl**+**Space**, or by choosing the **Complete Word** button on the editor toolbar. <br><br> *See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio |

7

For example, Visual Studio accepts "letters" as user "continu[es] to type," including "letters that aren't at the start of the name" or "[s]kip[ped] letters":

> When a completion list is open, you can search for the completion you want by using the arrow keys, the mouse, or by continuing to type. As you type more letters, the list is further filtered to show likely completions. You can also use shortcuts such as:
>   - Type letters that aren't at the start of the name, such as 'parse' to find 'argparse'
>   - Type only letters that are at the start of words, such as 'abc' to find 'AbstractBaseClass' or 'air' to find 'as_integer_ratio'
>   - Skip letters, such as 'b64' to find 'base64'
>
> *See* https://learn.microsoft.com/en-us/visualstudio/python/editing-python-code-in-visual-studio?view=visualstudio

For an additional example, the below annotated exemplary screenshots of Visual Studio show accepting further input comprising a sequence of input lexical items accepted via the entry interface from the user (e.g., "pc" typed by the user and shown in white letters in the second screenshot below), the further input representing a desired sequence of one or more words of text input (e.g., "MyParentClass"), wherein the desired sequence of one or more words corresponds to a representation as a sequence of lexical items from a predetermined set of lexical item (e.g., "MyParentClass", "MyParentClass2"), and the sequence of input lexical items (e.g., "pc") comprises a subsequence of the lexical items of the representation of the desired sequence of one or more words (e.g., "MyParentClass"):





For a further example, the below annotated exemplary screenshots of Visual Studio show accepting further input comprising a sequence of input lexical items accepted via the entry interface from the user (e.g., "frimem" typed by the user and shown in white letters in the second screenshot below), the further input representing a desired sequence of one or more words of text input (e.g., "third_friend_member"), wherein the desired sequence of one or more words corresponds to a representation as a sequence of lexical items from a predetermined set of lexical item (e.g., "first_parent_member", "second_parent_member" and "third_friend_member"), and the sequence of input lexical items (e.g., "frimem") comprises a subsequence of the lexical items of the representation of the desired sequence of one or more words (e.g., "third_friend_member"):



9



| | |
|---|---|
| [1.c] searching the text storage of previously accepted words and word sequences without requiring prior specification of candidates as possible results of the searching to locate one or more candidates in which the sequence of input lexical items of the further input forms a subsequence of less than all the lexical items of a representation of the candidate; and | ***Microsoft's Accused Products search the text storage of previously accepted words and word sequences without requiring prior specification of candidates as possible results of the searching to locate one or more candidates in which the sequence of input lexical items of the further input forms a subsequence of less than all the lexical items of a representation of the candidate. See, e.g.:***<br><br>Visual Studio's "IntelliSense" "keep[s] track of the parameters that you type":<br><br>    **IntelliSense in Visual Studio**<br>    IntelliSense is a code-completion aid that includes features to help you learn more about the code you're using, keep track of the parameters that you type, and add calls to properties and methods with only a few keystrokes.<br><br>    These features include:<br>      • List Members<br>      • Parameter Info<br>      • Quick Info<br>      • Complete Word<br><br>    *See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio<br><br>Visual Studio "[a]utomatically update[s] IntelliSense as you type" and "continuously parses and analyzes your code in real-time": |

**Automatically update IntelliSense as you type**: When selected (default), IntelliSense continuously parses and analyzes your code in real-time as you type.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/configure-languages-c-cpp-intellisense?view=visualstudio#references

In Visual Studio, "[a]s you enter code in the editor, IntelliSense information…appears" that "match[es] [the] text," and includes "entries that contain the character combination anywhere in their names":

- **Use IntelliSense**. As you enter code in the editor, IntelliSense information, such as List Members, Parameter Info, Quick Info, Signature Help, and Complete Word, appears. These features support fuzzy matching of text; for example, the results lists for List Members include not only entries that start with the characters that you have entered but also entries that contain the character combination anywhere in their names. For more information, see Use IntelliSense.

  *See* https://learn.microsoft.com/en-us/visualstudio/ide/productivity-features?view=visualstudio&pivots=programming-language-csharp

The "completion list items…match" what the user has typed:

**Highlight matching portions of completion list items** When selected, highlights the parts of completion list items that match what you've typed.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/options-text-editor-csharp-intellisense?view=visualstudio

The "matching algorithm" for "filtering" of the completion list includes, e.g., "**Fuzzy**…which finds both approximate and identical matches" and "**Smart**: Match substrings even if they're not at the start of a word":

- **Type of filtering**: Use this option to set the type of matching algorithm for filtering. Choose from the following options:
  - **Fuzzy** (default): Find the most possible matches by using an algorithm similar to a spell-checker, which finds both approximate and identical matches.

11

- o **Smart**: Match substrings even if they're not at the start of a word.
- o **Prefix**: Only match identical substrings that start at the beginning of the word.
- o **None**: Don't use filtering.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/configure-languages-c-cpp-intellisense?view=visualstudio#references

For example, "[a]s you type more letters," the "completion list" is "further filtered to show likely completions," such as "letters that aren't at the start of the name" or "[s]kip[ped] letters":

When a completion list is open, you can search for the completion you want by using the arrow keys, the mouse, or by continuing to type. As you type more letters, the list is further filtered to show likely completions. You can also use shortcuts such as:
- Type letters that aren't at the start of the name, such as 'parse' to find 'argparse'
- Type only letters that are at the start of words, such as 'abc' to find 'AbstractBaseClass' or 'air' to find 'as_integer_ratio'
- Skip letters, such as 'b64' to find 'base64'

*See* https://learn.microsoft.com/en-us/visualstudio/python/editing-python-code-in-visual-studio?view=visualstudio

For an additional example, the exemplary screenshots below show Visual Studio searching the text storage of previously accepted words and word sequences (e.g., "MyParentClass" and "MyParentClass2") without requiring prior specification of candidates as possible results of the searching (e.g., no requirement that "MyParentClass" or "MyParentClass2" be previously specified as possible results of searching "pc") to locate one or more candidates in which the sequence of input lexical items of the further input (e.g., "pc") forms a subsequence of less than all the lexical items of a representation of the candidate (e.g., "MyParentClass"):

12



For a further example, the exemplary screenshots below show Visual Studio searching the text storage of previously accepted words and word sequences (e.g., "first_parent_member", "second_parent_member" and "third_friend_member") without requiring prior specification of candidates (e.g., "third_friend_member") as possible results of the searching (e.g., no requirement that "third_friend_member" be previously specified as possible result of searching "frimem") to locate one or more candidates in which the sequence of input lexical items of the further input (e.g., "frimem") forms a subsequence of less than all the lexical items of a representation of the candidate (e.g., "third_friend_member"):



| [1.d] determining the desired sequence of one or more words from the candidates located in the text storage. | *Microsoft Accused Products determine the desired sequence of one or more words from the candidates located in the text storage. See, e.g.:*<br><br>Visual Studio determines the desired sequence from the candidates based on, e.g., the user "selecting an item" from the "list of valid members" or "complet[ing] the rest of a variable, command, or function name after you enter enough characters to disambiguate the term":<br><br>**List Members**<br>A list of valid members from a type (or namespace) appears after you type a trigger character (for example, a period (.) in |

14

managed code or :: in C++). If you continue typing characters, the list is filtered to include only the members that begin with those characters or where the beginning of *any* word within the name starts with those characters. IntelliSense also performs *camel case* matching, so you can just type the first letter of each camel-cased word in the member name to see the matches.

After selecting an item, you can insert it into your code by pressing **Tab** or by typing a space. If you select an item and type a period, the item appears followed by the period, which brings up another member list. When you select an item but before you insert it, you get Quick Info for the item.
…

**Complete Word**
*Complete Word* completes the rest of a variable, command, or function name after you enter enough characters to disambiguate the term. You can invoke Complete Word by choosing **Edit** > **IntelliSense** > **Complete Word**, by pressing **Ctrl**+**Space**, or by choosing the **Complete Word** button on the editor toolbar.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/using-intellisense?view=visualstudio

Visual Studio also "highlights the parts of completion list items that match what you've typed":

**Highlight matching portions of completion list items**
When selected, highlights the parts of completion list items that match what you've typed.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/options-text-editor-csharp-intellisense?view=visualstudio

Visual Studio can also "deliver[] [the] autocompletions…in gray text" and/or have the "suggestions appear at the top of the completion list with a star icon next to them":

**IntelliCode: AI-assisted code development in Visual Studio**
…
This article describes how Visual Studio IntelliCode enhances software development by using artificial intelligence, for instance by delivering context-aware code autocompletions, including whole-line completions in gray text. IntelliCode is

15

included by default in most Visual Studio workloads and is available through the Visual Studio installer. This feature predicts the most likely correct method or property for the developer to use instead of just an alphabetical list. It uses the developer's current code context and patterns to provide this dynamic list.

…

**Context-aware code autocompletions**
IntelliCode provides AI-assisted IntelliSense for multiple languages. IntelliCode suggestions appear at the top of the completion list with a star icon next to them…

*See* https://learn.microsoft.com/en-us/visualstudio/ide/intellicode-visual-studio?view=visualstudio

Visual Studio can also "[a]utomatically select matches":

**Completion list**
The following options are available in the **C/C++** > **IntelliSense** > **Completion list** section.

- **Automatically select matches after typing a scope or invoking the completion list**: When selected (default), IntelliSense automatically selects the best entry after you type a scope operator or invoke the completion list. This approach keeps you from having to move the selection manually.

*See* https://learn.microsoft.com/en-us/visualstudio/ide/configure-languages-c-cpp-intellisense?view=visualstudio#references

For example, the below annotated exemplary screenshots of Visual Studio show determining the desired sequence of one or more words (e.g., "MyParentClass") from the candidates located in the text storage (e.g., "MyParentClass" and "MyParentClass2"). For example, "pc" is replaced with the desired highlighted "MyParentClass" as the user continues typing additional text (e.g., "()" after "pc") or if the user presses a key (e.g., Tab):

16



For an additional example, the below exemplary screenshots of Visual Studio show determining the desired sequence of one or more words (e.g., "third_friend_member") from the candidates located in the text storage. For example, "frimem" is replaced with the desired "third_friend_member" as the user continues typing additional text (e.g., " as string;" after "frimem"):

17

